✎PROB 12B
(Rev. D/SC - 1/09)

# UNITED STATES DISTRICT COURT

for

### District of South Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Allison Johnson    **Case Number:** 6:07CR01213-003

**Name of Sentencing Judicial Officer:** The Honorable Henry F. Floyd, U. S. District Judge

**Date of Original Sentence:** 06/25/2008

**Original Offense:** Conspiracy Against the United States

**Original Sentence:** 12 months and 1 day custody of the Bureau of Prisons; 3 years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 02/13/2009

**Previous Court Action/Notification(s):** None

---

### PETITIONING THE COURT

☐   To extend the term of supervision for ____ years, for a total term of ____ years.

☒   To modify the conditions of supervision as follows:

The defendant shall participate in a program of home confinement with electronic monitoring for a period of six months. The cost of the program shall be paid by the Government.

## CAUSE

The defendant admitted to using methamphetamine on December 1, 2009. On December 5, 2009, the defendant knowingly attempted to foil or defeat a drug screening test by substituting the sample of another person and representing it as her own.

                                Respectfully submitted,

            by       *Leigh H. Denton* (signature)  
                              Leigh H. Denton  
                              U.S. Probation Officer

                              Date:   December 4, 2009

Reviewed and Approved By:

*Eric D. Sullivan* (signature)  
Eric D. Sullivan  
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐      No action.

☐      The extension of supervision as noted above.

☒      The modification of conditions as noted above.

☐      Other

                                                    s/ Henry F. Floyd  
                                                    Henry F. Floyd  
                                                    U.S. District Judge

                                                    December 4, 2009  
                                                           Date